UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN W. FERGUSON and )
CYNTHIA L. FERGUSON, )
                                                )
         Plaintiffs,               )
                                                )
v.                                          )    Case No.   CV410-174
                                                )
AURORA LOAN SERVICES,   )
                                                )
         Defendant.              )

## ORDER

Plaintiffs seek leave to proceed in forma pauperis ("IFP") in this Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, case. (Doc. 4.) The Court will grant leave to proceed IFP if the plaintiffs demonstrate that they cannot, because of their poverty, afford to pay the costs of litigation and still provide for themselves and any dependents. 28 U.S.C. § 1915. While a plaintiff need not be absolutely destitute in order to proceed IFP, *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948), the fact that financing his own litigation may cause some difficulty is not sufficient to relieve a plaintiff of his obligation to pay his own way where it is possible for him to do so without undue hardship.

Here, plaintiffs state that they are currently unemployed and

have a dependent son who lives with them. (Doc. 4 at 1-2.) They were self-employed, but they closed their business on April 30, 2010. (*Id.* at 1.) While the IFP form asks them to disclose the amount of money they earned over the past twelve months, they did not respond. (*Id.*) Similarly, although they admit to having "cash, checking or savings accounts," they have declined to state, as the IFP form demands, the total amount of money they have saved. (*Id.* at 2.) A Dodge Van, their only asset, is worth less than they owe on it. (*Id.*)

Because of plaintiffs' nonresponsive answers, the Court cannot determine whether they possess resources sufficient to pay the filing fee without suffering undue hardship. Thus, they are faced with two options. They may either submit the $350 filing fee, or they may supplement their IFP application with an additional showing, signed under penalty of perjury, listing their *total* assets and liabilities. They have 14 days from the date of this Order to either pay the filing fee or supplement their motion. If they do not do so, the Court will recommend that this case be dismissed.

**SO ORDERED** this  18th  day of August, 2010.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA

2