AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG 23 PM 1: 11

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| JOHN W. FERGUSON and CYNTHIA L. FERGUSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  CV410-174 |
| AURORA LOAN SERVICES, LLC | ) | |
| *Defendant* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ no _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
John-retired at age 62 6/23/2009 collects SSA $1095.00/Month
Cynthia-unemployed

My take-home pay or wages are:  $ __1,095.00__ per *(specify pay period)* __per month__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
3 (a) Cynthia (self-employed) closed business on 4/30/2010, total draw from business $9,794.67 YTD.

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account:    $     -375.96 .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
Automobile- 2005 Dodge Van Value $4,000.00  amount owed $4,328.80.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Car Paym't $369.94, Electric $244.55, Water $49.13, Cell & House phone $213.21,Car&Home Ins. $129.55,Internet $108.81.  Monthly regular monthly expense $1115.19, EBT (food stamps) $125.00 per month (normal expense $525-550/Mo.)

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
John G. Ferguson, Son age 19 contribute 100% lives at home.

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Unsettled Debts or obligations $15,855.04  various credit cards under dispute.

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:     08/19/2010

*Applicant's signature*

John W. & Cynthia L. Ferguson
*Printed name*