AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 22  PM 1:08
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| John W. Ferguson and Cynthia L. Ferguson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV410-174 |
| Aurora Loan Services, LLC | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Aurora Loan Services, LLC 2617 College Park Drive, Scottsbluff, Nebraska 69361
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  09/09/2010

*Signature of the attorney or unrepresented party*

John W. Ferguson and Cynthia L. Ferguson
*Printed name*

202 White Bluff Drive
Guyton, Georgia 31312
*Address*

202whitebluffdr@gmail.com
*E-mail address*

912-728-8984
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| John W. Ferguson and Cynthia L. Ferguson <br> *Plaintiff* <br> v. <br> Aurora Loan Services, LLC <br> *Defendant* | ) <br> ) <br> ) Civil Action No. CV410-174 <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: John W. Ferguson and Cynthia L. Ferguson
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____09/09/2010_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 09/09/2010

*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

John W. Ferguson and Cynthia L. Ferguson
*Printed name*

202 White Bluff Drive
Guyton, Georgia 31312
*Address*

202whitebluffdr@gmail.com
*E-mail address*

(912) 728-8984
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# SmartZone Communications Center

jcjgfergy@comcast.net

± Font size -

# USPS Shipment Info for 7009 2250 0002 1249 5974

**From :** U.S._Postal_Service_ <U.S._Postal_Service@usps.com>    Tue Sep 14 2010 11:27:24 AM
**Subject :** USPS Shipment Info for 7009 2250 0002 1249 5974
**To :** jcjgfergy@comcast.net

This is a post-only message. Please do not respond.

John Ferguson has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7009 2250 0002 1249 5974

Service Type: First-Class Certified Mail

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | SCOTTSBLUFF NE 69363 | 09/14/10  9:21am |
| Arrival at Pick-Up-Point | SCOTTSBLUFF NE 69363 | 09/14/10  8:42am |
| Arrival at Unit | SCOTTSBLUFF NE 69361 | 09/14/10  8:32am |
| Acceptance | SPRINGFIELD GA 31329 | 09/10/10 12:28pm |

Reminder: Track & Confirm by email

Date of email request: 09/10/10

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

```
                SPRINGFIELD, georgia
                    313299998
09/10/2010    (800)275-8777    12:30:36 PM

                 Sales Receipt
Product          Sale  Unit           Final
Description      Qty   Price          Price

WASHINGTON DC 20016                   $1.73
Zone-4 First-Class
Large Env
 5.70 oz.
 Expected Delivery: Mon 09/13/10
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.80
 Label #:      70092250000212495998
                                   ========
   Issue PVI:                        $6.83

SCOTTSBLUFF NE 69361                  $1.73
Zone-6 First-Class
Large Env
 5.60 oz.
 Expected Delivery: Mon 09/13/10
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.80
 Label #:      70092250000212495974
                                   ========
   Issue PVI:                        $6.83

ATLANTA GA 30329 Zone-3               $1.73
First-Class Large Env
 5.60 oz.
 Expected Delivery: Mon 09/13/10
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.80
 Label #:      70092250000212495981
                                   ========
   Issue PVI:                        $6.83

Total:                               $20.49

Paid by:
Debit Card                           $20.49
  Account #:         XXXXXXXXXXXX6010
  Approval #:        060901
  Transaction #:     747
  23 903534188
  Receipt#:          001998

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
******************************************
******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************
```

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SCOTTSBLUFF NE 69361

| | | |
|---|---|---|
| Postage | $ | $1.73  0763 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

Postmark 09/10/2010

Sent To: Aurora Loan Services LLC
Street, Apt. No. or PO Box No.: 2617 College Park Drive
City, State, ZIP+4: Scottsbluff, NE 69361

PS Form 3800, August 2006    See Reverse for Instructions

Article Number: 7009 2250 0002 1249 5974

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Aurora Loan Services LLC
2617 College Park Drive
Scottsbluff, NE 69361

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☒ [signature]  □ Agent  □ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: SEP 14 2010

D. Is delivery address different from item 1? □ Yes  □ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)  □ Yes