UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT 27 PM 3: 52
CLERK _B. West_
SO. DIST. OF GA.

JOHN W. FERGUSON and CYNTHIA L. FERGUSON,

Plaintiff(s),

v.

AURORA LOAN SERVICES and

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Defendant(s).

Case Number CV 410-174

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that the undersigned brings a motion to move the court to proceed with service of a summons by U.S. Marshal. Defendants have not responded to a request to waive service of a summons delivered to them via Certified U.S Mail service on 9/13/2010 and 9/14/2010 respectively. Notice of this service was entered 9/22/2010 with the court. As a duty to avoid unnecessary expenses we ask the court to assess the expenses of making service to the respective Defendants.

_____
(Signature of the moving party)

JOHN W. AND CYNTHIA L. FERGUSON
201 WHITE BLUFF DRIVE
GUYTON, GEORGIA 31312

(Print the name and address of the moving party)