UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT 27 PM 3: 52
CLERK _____
SO. DIST. OF GA.

JOHN W. FERGUSON and CYNTHIA L. FERGUSON

Plaintiff(s),

v.

AURORA LOAN SERVICES and _____,

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Defendant(s).

Case Number   CV 410-174

**AFFIRMATION
IN SUPPORT OF MOTION**

WE, __JOHN W. and CYNTHIA L. FERGUSON__, make the following affirmation under penalty of perjury:

We are the Plaintiffs in the above-entitled action and respectfully request that the Court issue an order to proceed with service of a summons by U.S. Marshal.

The reasons why I believe I am entitled to the relief I seek are set forth below.

Defendants have not responded to the request to waive service of a summons delivered to them via Certified U.S. Mail, notice of this service was entered and documented with the court on 9/22/2010.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: 10/27/2010

_____
(Your Signature)