UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN W. FERGUSON and<br>CYNTHIA L. FERGUSON, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. CV410-174 |
| AURORA LOAN SERVICES and<br>FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

Plaintiffs, proceeding *pro se* and *in forma pauperis*, ask the Court to order service by United States Marshal, since the defendants have not responded to their requests for waiver of service and summons. (Doc. 15.) Their motion is **GRANTED**. *See* Fed. R. Civ. P. 4(c)(3). The Clerk is therefore **DIRECTED** to forward plaintiffs' complaint and a copy of this Order to the Marshal for personal service upon defendants.

**SO ORDERED** this 28th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA