**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>John W. Ferguson, Cynthia L. Ferguson | COURT CASE NUMBER<br>CV410-174 |
|---|---|
| DEFENDANT<br>Aurora Loan Services, et al. | TYPE OF PROCESS<br>Complaint, Amended Complaint, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aurora Loan Services, LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2617 College Park Drive, Scottsbluff, Nebraska 69361

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John W. Ferguson & Cynthia L. Ferguson
202 White Bluff Drive
Guyton, Ga 31312

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

BY ORDER OF THE COURT.

Signature of Attorney other Originator requesting service on behalf of:
**SCOTT L. POFF, CLERK**
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
11/01/2010

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 21 | District to Serve<br>No. 47 | Signature of Authorized USMS Deputy or Clerk<br>*Glenda Stapleton* | Date<br>11/1/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
Becky Stitt   Human Resources

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
2617 College Park Drive
Scottsbluff, NE

Date 11/19/10   Time 1545 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $495.00 | $60.50 $230.00 | 8.00 | $735.00 | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT ✓
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

[Filed stamp: 2010 DEC -1 PM 3:16 CLERK U.S. DISTRICT COURT SO. DIST. OF GA. SAVANNAH DIV.]

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 410-174

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Aurora Loan Services, John w + Cynthia Ferguson

was received by me on *(date)* 11/12/10.

☒ I personally served the summons on the individual at *(place)* Becky St. H. Human Resources Aurora Loan Services LLC  on *(date)* 11/19/2010; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 230.00 for travel and $ 495.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/19/10

_____
Server's signature

Teddie D Mashek  Deputy US Marshal
Printed name and title

1503 Arrowhead Meadows, Curtis, NE 69025
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| JOHN W. FERGUSON and CYNTHIA L. FERGUSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AURORA LOAN SERVICES and FEDERAL NATIONAL MORTGAGE ASSOCIATION, )<br>)<br>Defendants. ) | Case No. CV410-174 |

## ORDER

Plaintiffs, proceeding *pro se* and *in forma pauperis*, ask the Court to order service by United States Marshal, since the defendants have not responded to their requests for waiver of service and summons. (Doc. 15.) Their motion is **GRANTED**. *See* Fed. R. Civ. P. 4(c)(3). The Clerk is therefore **DIRECTED** to forward plaintiffs' complaint and a copy of this Order to the Marshal for personal service upon defendants.

**SO ORDERED** this 28th day of October, 2010.

*/s/ signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA