IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN W. FERGUSON AND<br>CYNTHIA L. FERGUSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES and<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) 4:10-CV-00174-BAE-GRS<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

COME NOW Aurora Loan Services ("Aurora") and Federal National Mortgage Association ("FNMA"), Defendants herein, and hereby jointly move the Court to dismiss the Plaintiffs' Petition (the "Complaint") pursuant to, *inter alia*, Fed.R.Civ.P. 12(b). In support of this Motion, Defendants rely upon the Brief in Support of this Motion filed concurrently herewith.

Respectfully submitted this 10th day of December, 2010.

By: /S/Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
Attorney for Defendants

JOHNSON & FREEDMAN, L.L.C
1587 N.E. Expressway
Atlanta, Georgia 30329
Telephone: (678) 298-8863
Facsimile: (404)329-8144
Email: kskotake@jflegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above Motion to Dismiss was filed with the Clerk and mailed First Class Mail to the following in a properly-addressed envelope with adequate postage affixed to assure delivery, addressed as follows:

John W. Ferguson
202 White Bluff Dr.
Guyton, GA 31312

Cynthia L. Ferguson
202 White Bluff Dr.
Guyton, GA 31312

This 10th day of December, 2010.

By: /S/Kyle S. Kotake
Georgia Bar No. 428697
Attorney for Defendants

JOHNSON & FREEDMAN, L.L.C
1587 N.E. Expressway
Atlanta, Georgia 30329
Telephone: (678) 298-8863
Facsimile: (404)329-8144
Email: kskotake@jflegal.com