UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JOHN W. FERGUSON and

CYNTHIA L. FERGUSON, Pro Se
    Plaintiffs,

v.                                    CASE NO.  CV410-174

AURORA LOAN SERVICE LLC and FEDERAL

NATIONAL MORTGAGE ASSOCIATION

Defendants.

## PLAINTIFF'S MOTION FOR JOINDER OF NECESSARY PARTIES

NOW COMES JOHN W. and CYNTHIA L. FERGUSON, Pro Se Plaintiffs to seek Joinder of Necessary Parties.

### I. INTRODUCTION

1. Plaintiff has a "somewhat" better idea of what mistakes were made by Plaintiff in the initial filing of this instant case.

2. Plaintiff seeks joinder of necessary parties named herein as; WILMINGTON FINANCE INC, MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC), HSBC Mortgage Services. *Pursuant to* **GEORGIA** Rules of Civil Procedure.

3. Plaintiff's Amended complaint will involve the actions and potential violations of each party in some respect.

### II CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this esteemed Court grant Plaintiff's Motion for Leave to File First Amended Complaint.
Respectfully submitted,

Plaintiffs, Pro Se
JOHN W. and CYNTHIA L. FERGUSON
202 White Bluff Drive
Guyton, Georgia 31312
Ph# 912-728-8984

Date: 12-9-2010

**EXHIBIT B**

Motion For Leave To Amend/Joinder - 4