UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JOHN W. FERGUSON and CYNTHIA )
L. FERGUSON, )
)
    Plaintiffs, )
)
v. )   Case No. CV410-174
)
AURORA LOAN SERVICES and FEDERAL )
NATIONAL MORTGAGE ASSOCIATION, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of March, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA